IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs.                              ) | CR. NO.:   2:08-MJ-2-CSC |
| ) | |
| NICHOLAS SHAUN BUNCH ) | |

## ORDER

For good cause, it is

**ORDERED** that a preliminary hearing be and is hereby scheduled for **January 10, 2008 at 2:00 p.m.**, **in courtroom 4B**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 4th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE