IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08-MJ-02-CSC |
| | ) | |
| NICHOLAS SHAUN BUNCH | ) | |

### **ORDER**

On January 10, 2008, pursuant to FED.R.CRIM.P. 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed it. Accordingly, it is

ORDERED that the defendant shall appear for further proceedings as ordered by the court. FED.R.CRIM.P. 5.1(e).

Done this 10th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE