IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08mj02-CSC |
| | ) | |
| NICHOLAS SHAUN BUNCH | ) | |

**O R D E R**

Upon consideration of the petition to modify conditions of pretrial release (doc. # 11), it is

ORDERED that a hearing on the petition to modify be and is hereby SET for 2:00 p.m. on April 2, 2008.

Done this 1st day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE