IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08-MJ-02-CSC |
| | ) | |
| NICHOLAS SHAUN BUNCH | ) | |

## **ORDER**

For good cause and consistent with the proceedings conducted on April 2, 2008, it is

ORDERED that the Order Setting Conditions of Release (doc. # 5) is hereby modified as follows:

The defendant may possess a cell phone while traveling to and from school and work and while at those locations. While traveling to and from school and work and while at those locations the defendant shall use the phone only for emergency purposes or for communication with his parents. At all other times, the defendant shall surrender possession of the phone to his parents.

All other conditions of release shall remain in effect.

Done this 2nd day of April, 2008.

                                          /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE