# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: NICHOLAS SHAUN BUNCH          Case Number: 2:08mj00002-CSC

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, U.S. Magistrate Judge

Date of Release: January 4, 2008

Original Offense: 18 U.S.C. § 884(E)-Willfully Making a Threat; 47 U.S.C. § 223 (a)(1) (A)-Obscene or Harassing Telephone Calls; 47 U.S.C. § 223 (a)(1)(C) -Obscene or Harassing Telephone Calls; 47 U.S.C. § 223 (a)(1) (E)- Obscene or Harassing Telephone Calls

Type of Release: Pretrial Release

Date of Next Court Appearance: Docket Call set for June 18, 2008

Conditions of Release: Report to Pretrial Services as directed; Maintain employment or maintain an education program; Defendant shall reside with his parents; Avoid all contact with any person who are or may become a victim or witness in the case; Do not possess a firearm, destructive device or other dangerous weapon; Refrain from excessive use of alcohol; Refrain from any use or unlawful possession of narcotic drug and other controlled substances; Submit to any method of drug testing; Participate in a program of inpatient or outpatient substance abuse therapy;Rrefrain from obstructing or attempting to obstruct with the efficiency and accuracy of any prohibited substance testing; Report any contact with law enforcement; Refrain from possession of drug paraphernalia; Follow all instructions of the supervising officer and as modified on April 2, 2008, the defendant may possess a cell phone while traveling to and from school and work and while at those locations for emergency purposes or for communication with his parents.

Assistant U.S. Attorney: A. Clark Morris                    Defense Attorney: Donnie Wayne Bethal

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Additional Condition (w): Follow all instructions of the probation officer. | On May 28, 2008, the defendant was instructed by this officer that he must be home at night by 12:00am. On June 3, 2008, the defendant left the residence at 12:15am and did not return until 4:30am. |

Supervision history of defendant and actions taken by officer: The defendant was released on bond January 4, 2008. On April 2, 2008, the defendant's conditions were modified to allow the defendant possession and use of a cell phone for communication with his parents and emergency purposes. In a conversation with his parents on May 27, 2008, this officer has learned that the defendant was staying out late at night and also arguing with his parents to the extent that he was threatening to break things in the house. The meeting between the defendant and this officer was an attempt to settle the issues causing mos t of the arguments. His mother further reported that it appeared to her that the defendant had been consuming alcohol, further affecting his behavior.

U.S. Probation Officer Recommendation:

[X]   The term of release should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

                                            Respectfully submitted,

                           by    /s/ Tamara C. Martin

                                  Tamara C. Martin
                                  U.S. Probation Officer
                                  Date: June 3, 2008

Reviewed and approved:   /s/ Sandra G. Wood
                          Sandra G. Wood
                          Supervising U. S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

June 3, 2008
Date