COURTROOM DEPUTY MINUTES   DATE: **JUNE 4, 2008**
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: **3:30 - 3:35**

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **2:08-MJ-2-CSC** | DEFT. NAME: **NICHOLAS SHAUN BUNCH** |
| USA: **CHRISTOPHER SNYDER** | ATTY: **MICHAEL PETERSEN** |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) FDO; |
| USPTSO/USPO: **TAMARA MARTIN** | |

Defendant _____ does √ does NOT need an interpreter; NAME: _____

- [ ] Kars.    Date of Arrest **6/4/08**    [ ] Rule 5 Arrest
- [√] Kia.    Deft. First Appearance. Advised of rights/charges. √ Pretrial Release  [ ] Pro/Sup Rel Violator
- [ ] Finaff.   Financial Affidavit executed  [ ] to be obtained by PTS;  [ ] **ORAL** Motion for Appt. Of Counsel
- [ ] Koappted   **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- [ ] CJA20appt.   **ORAL ORDER** appointing CJA Panel Attorney;  [ ] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's **ORAL** (Motion for Detention Hrg.  [ ] Government's **WRITTEN** Motion for Detention Hrg. filed.  [ ] **WAIVER (ORAL)** Detention Hrg.
       **DETENTION HRG**  [ ] held;  [ ] Set for_____    [ ] **Prelim. Hrg** Set for_____
- [ ] kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] bnd hrg.    **BOND Hearing** Set for _____ ; √ **BOND Revocation** Hrg. Set for **6/9/08 @ 3:00 p.m.**
- [ ] condrls.    Release order entered.  [ ] Deft. advised of conditions of release.
- [ ] bnd.    [ ] **BOND EXECUTED** (M/D AL charges) $_____    Deft released (kloc LR).
       [ ] **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- [ ] Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] krmvhrg.   Identity/Removal Hearing  [ ] set for_____ ;  [ ] **WAIVER** of Rule 5 & 5.1 Hearings
- [ ] kwvprl.   Waiver **(ORALLY)** of Preliminary Revoc. hearing;  [ ] Prelim. Revoc. Hrg. Set for_____
- [ ]    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ]    **ARRAIGNMENT** set for:_____ ;  [ ] **HELD**. Plea of **NOT GUILTY** entered.
       [ ] Trial Term_____    [ ] **PRETRIAL CONF.** set for_____
       [ ] **DISCOVERY DATE:** _____