# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v** ) | **CR. NO. 2:08-MJ-2-CSC** |
| ) | |
| **NICHOLAS SHAUN BUNCH** ) | |

## ORDER

For good cause, it is

**ORDERED** that a hearing on the petition to revoke defendant's pretrial release is set for **June 9, 2008, at 3:00 a.m.**, **in Courtroom 4-B**, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 5th day of June, 2008.

                                               /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE