IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08-MJ-02-CSC |
| | ) | |
| NICHOLAS SHAUN BUNCH | ) | |

**ORDER**

For good cause, it is

ORDERED that an initial appearance and status conference be and is hereby set on June 17, 2008, at 3:30 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 13th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE