IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08MJ02-CSC |
| | ) | |
| NICHOLAS SHAUN BUNCH | ) | |

**ORDER**

For good cause, it is

ORDERED that an initial appearance and status conference be and is hereby set on June 24, 2008, at 8:30 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 23rd day of June 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE